Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant partial summary judgment.

In the Matter of the General Assignment for the Benefit of Creditors of S. FELDMAN & Co., INC., Assignor, to DAVID HIRSCH, Assignee, Appellant. ART HAT BLOCK Co., INC., Judgment Creditor, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Martin, J., concurs in affirmance but dissents from that portion of the order which permits a renewal of the motion.

In the Matter of the Application of VEREINIGTE ULTRAMARINEFABRIKEN against HARRY P. HOUGH and Others, for an Order Requiring Said HARRY P. HOUGH and Others to Submit Certain Differences between the Parties to Arbitration.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BERNICE LEVENTHAL v. FANNIE LIBERMAN, Impleaded with JACOB LIBERMAN and ROSE ALTMARK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LUCIEN I. YEOMANS, INC., v. ARCHIE M. ANDREWS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

RAFFAELE MANCUSO, as Administrator, etc., of ANDREW MANCUSO, Deceased, v. GEROSA HAULAGE AND WRECKAGE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NULIN COMPANY, INC., v. HENART REALTY CORPORATION and FRANK BLOISE and Another, Impleaded, etc., and DETROIT FIDELITY AND SURETY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by defendant Detroit Fidelity and Surety Company of the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

H. C. KENDALL HESTER v. HENRY W. BULL and Others.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MINNIE W. MARTIN v. HENRY W. BULL and Others.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

BRYANT PARK BANK v. PACIFIC FINANCE CORPORATION and LEO RITTER.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with